

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00568-CV

Service Corporation International and SCI Texas Funeral Services, Inc. jointly doing business as and under the assumed name of Valley Memorial Gardens; Octavio Padilla, and Daniel Garza

v.

Virginia Martinez, et al.

On appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-3775-17-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

June 13, 2019